**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
RAFAEL DEPAZ and GUSTAVO LOPEZ, on
behalf of themselves and all others similarly-
situated,

                    Plaintiffs,

      - against -                                                              **JUDGMENT**
                                                                                                        CV 24-4001 (SJB) (ST)
DIRTY TACO & TEQUILLA, INC., and DT RVC
LLC,

                 Defendants.
---------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on March

21, 2025, accepting Defendants' March 17, 2025 offer to allow judgment against them, jointly

and severally, in the amount of $10,000.00, inclusive of all interest, liquidated damages,

penalties, costs, and reasonable attorneys' fees, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiffs Rafael

Depaz and Gustavo Lopez against Defendants Dirty Taco & Tequila, Inc., and DT RVC LLC in

the amount of $10,000.00, inclusive of all interest, liquidated damages, penalties, costs, and

reasonable attorneys' fees; and that this case is closed.

Dated:  March 24, 2025
         Central Islip, New York

                                 BRENNA B. MAHONEY
                                 CLERK OF COURT

                   By:    /s/ James J. Toritto
                                 Deputy Clerk